UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE, | ) |
| Plaintiff(s), | ) No. C09-0989 BZ |
| v. | ) **BRIEFING ORDER** |
| MING R. SHEN, et al., | ) |
| Defendant(s). | ) |

Having received plaintiff's Motion to Enforce General Order 56 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** as follows:

1. Any opposition to the motion shall be filed by **October 13, 2009.** Any reply shall be filed by **October 20, 2009**.

2. If after reviewing all the papers the court determines that a hearing is necessary the court will schedule one.

Dated: September 29, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WHITE V. SHEN\Briefing order.wpd

1