UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE WHITE, | ) | |
| Plaintiff(s), | ) | No. C09-0989 BZ |
| v. | ) | **ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE GENERAL ORDER 56** |
| MING R. SHEN, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff's motion to enforce General Order 56 is **GRANTED** to the following extent. Defendants are **ORDERED** to do the following:

1. Produce a copy of any relevant insurance policy pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv).

2. If defendants' claims proposed remediation is not readily achievable, specify the factual basis for their position.

3. Meet and confer with plaintiff regarding settlement by **Monday, November 9, 2009.**

4. File a certification of interested parties by **Monday, November 9, 2009.**

1

Plaintiff's other requests for relief can be addressed at a later time if the matter does not settle.

Dated: October 30, 2009

                              Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\WHITE V. SHEN\ORDER GRANTING PLT'S MOTION TO ENFORCE RULE 56.wpd