UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE, ) | |
| ) | |
| Plaintiff(s), ) | No. C09-0989 BZ |
| ) | |
| v. ) | |
| ) | **ORDER SCHEDULING STATUS** |
| MING R. SHEN, et al., ) | **CONFERENCE** |
| ) | |
| Defendant(s). ) | |

In view of the Ninth Circuit's recent Order, **IT IS ORDERED** that a status conference is scheduled for **Monday, July 11, 2011 at 1:30 p.m.,** in Courtroom D, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. **IT IS FURTHER ORDERED,** that by **July 6, 2011**, the parties shall file a joint proposed order consistent with their stipulation.

Dated: June 24, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WHITE V. SHEN\ORDER SCHEDULING STATUS CONF.wpd

1