

White v. Shen; U.S. District Court, Northern District Case No. C09-989 BZ

George Holland to BZpo, Ada_Yiu

07/11/2011 11:50 AM

Cc: reinlawoffice

Dear Judge Bernard Zimmerman,

I am requesting to appear by Courtcall at today's hearing at 1:30 p.m. in Department D, 15th Floor, in the above referenced case.

Date: July 11, 2011

Respecfully Submitted,
/s/ GEORGE HOLLAND, SR.

IT IS SO ORDERED.

DATE:_____

Zimmerman

MAGISTRATE JUDGE

_____

Bernard

UNITED STATES

